1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA-LOUISE PAFFORD,

Plaintiff,

v.

PAUL DICTOS, et al.,

Defendants.

No.  1:25-cv-00636-KES-BAM

ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

On July 7, 2025, the Court ordered plaintiff to show cause within fourteen days why this action should not be dismissed for lack of subject matter jurisdiction, or alternatively, to file a notice of voluntary dismissal.  Doc. 8 at 2.  Despite the Court's warning that failure to comply with that order would result in a dismissal of this action, plaintiff has failed to file a response and has not otherwise communicated with the Court.  *See* docket.  For the reasons set forth in the assigned magistrate judge's findings and recommendations, Doc. 7 at 3–4, and the Court's order adopting the findings and recommendations, Doc. 8, plaintiff's complaint does not establish subject matter jurisdiction, and this action must be dismissed.

///
///
///
///

1

Accordingly:

1.    This action is dismissed for lack of subject matter jurisdiction; and

2.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 22, 2025   

_____
UNITED STATES DISTRICT JUDGE